```
☒ FILED      ___ LODGED
___ RECEIVED ___ COPY

APR 0 7 2022

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
for the
District of Arizona

Phoenix Division

| | | |
|---|---|---|
| Gabriel Bassford | ) | Case No.   CV22-00572-PHX-JAT--ESW |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | ) | |
| City of Mesa, Joseph Adams, Kyler Newby, Joseph Rangel, Michael Destifino, Phillip Clark, Circle K, Keith Russel, Monique Baca, Shepherds Security Inc., | ) | |
| *Defendant(s)* | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | |

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

####    A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Gabriel Bassford |
| Street Address | 1901 W. Madison St. |
| City and County | Phoenix Maricopa |
| State and Zip Code | AZ 85009 |
| Telephone Number | 602-214-0782 |
| E-mail Address | gbassford01@gmail.com |

####    B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Kyler Newby |
| Job or Title *(if known)* | Police Officer |
| Street Address | 130 N. Robins |
| City and County | Mesa Maricopa |
| State and Zip Code | AZ 85201 |
| Telephone Number | 480-644-2211 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Joseph Rangel |
| Job or Title *(if known)* | Police Officer |
| Street Address | 130 N. Robins |
| City and County | Mesa Maricopa |
| State and Zip Code | AZ 85201 |
| Telephone Number | 480-644-2211 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Phillip Clark |
| Job or Title *(if known)* | Police Officer |
| Street Address | 130 N. Robins |
| City and County | Mesa Maricopa |
| State and Zip Code | AZ 85201 |
| Telephone Number | 480-644-2211 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Michael Destefino |
| Job or Title *(if known)* | Police Officer |
| Street Address | 130 N. Robins |
| City and County | Mesa Maricopa |
| State and Zip Code | AZ 85201 |
| Telephone Number | 480-644-2211 |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question           [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Claim 1 - 43 USC 1983 - 1st Amendment, 4th Amendment, 14th Amendment Violations
Claim 2 - Title 18, U.S.C., Section 241 - Conspiracy Against Rights
Claim 3 - Title 18, U.S.C., Section 242 - Deprivation of Rights Under Color of Law
Claim 4 - Title 18, U.S.C., Section 245 - Federally Protected Activities

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please attached statements 1- statement 5

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Punitive Damages- Defamation of character, Time for court appearance and missing work, effect on employment hiring process since the charges were showing in a background check, damage to my camcorder, pain and suffering being held in a holding cell for 16hrs, emotional distress with PTSD and anxiety for an amount of $1,500,000.00

Exemplary Damages - Constitutional rights violations, false arrest, unlawful detainment, fraudulent scheme to promote promotion in rank, conspiracy to deprive constitutionally protected, criminal liability for an amount of

$3,000,000's

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 7, 2022

Signature of Plaintiff: _[signature]_

Printed Name of Plaintiff: GABRIEL BASSFORD

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

Defendants (Continued)

Dave Slacks, John Drechsler, Paul Hawkins, Lauren Ramirez

Complaint for a Civil Case Continued

B. The Defendant(s) (Continued)

Defendant No. 5 — Lauren Ramirez
- Name Job or Title (if known): Prosecutor
- Street Address: 250 E. 1st Ave #222
- City and County: Mesa Maricopa
- State and Zip Code: AZ 85210
- Telephone Number: 480-644-2210
- E-mail Address (if known):

Defendant No. 6 — Circle K
- Name Job or Title (if known): Business
- Street Address: 1145 W. Main St.
- City and County: Mesa Maricopa
- State and Zip Code: AZ 85201
- Telephone Number: 480-644-1903
- E-mail Address (if known):

Defendant No. 7 — Keith Russel
- Name Job or Title (if known): Owner (Circle K)
- Street Address: 3535 E Covina St
- City and County: Mesa Maricopa
- State and Zip Code: AZ 85213
- Telephone Number: 480-644-1903

| | | |
|---|---|---|
| | E-mail Address (if known) | |
| Defendant No. 8 | | Monique Baca |
| | Name Job or Title (if known) | Manager |
| | Street Address | 1145 W. Main St. |
| | City and County | Mesa Maricopa |
| | State and Zip Code | AZ 85201 |
| | Telephone Number | 480-644-1903 |
| | E-mail Address (if known) | |
| Defendant No. 9 | | Sheperd Security Inc. |
| | Name Job or Title (if known) | Business |
| | Street Address | 1937 E. Broadway Road |
| | City and County | Tempe Maricopa |
| | State and Zip Code | AZ 85282 |
| | Telephone Number | 602- 380-9200 |
| | E-mail Address (if known) | |
| Defendant No. 10 | | Dave Slacks |
| | Name Job or Title (if known) | Loss Prevention |
| | Street Address | 1145 W. Main St. |
| | City and County | Mesa Maricopa |
| | State and Zip Code | AZ 85201 |
| | Telephone Number | 480-644-1903 |
| | E-mail Address (if known) | |
| Defendant No. 11 | | John Drechsler |
| | Name Job or Title (if known) | Security |
| | Street Address | 1937 E Broadway Road |

| | |
|---|---|
| City and County | Tempe Maricopa |
| State and Zip Code | AZ 85282 |
| Telephone Number | 602-380-9200 |
| E-mail Address (if known) | |
| Defendant No. 12 | City of Mesa |
| Name Job or Title (if known) | Municipality |
| Street Address | 20 E. Main Street, Suite 150, MS-1003 |
| City and County | Mesa Maricopa |
| State and Zip Code | AZ 85201 |
| Telephone Number | 480-644-33030 |
| E-mail Address (if known) | |
| Defendant No. 13 | Paul Hawkins |
| Name Job or Title (if known) | Prosecutor |
| Street Address | 250 E. 1st Ave #222 |
| City and County | Mesa Maricopa |
| State and Zip Code | AZ 85210 |
| Telephone Number | 480-644-2210 |
| E-mail Address (if known) | |