Duncan J. Stoutner (#020699)
Alexander J. Lindvall (#034745)
CITY OF MESA ATTORNEY'S OFFICE
MS-1077
P.O. Box 1466
Mesa, Arizona 85211
(480) 644-2343
mesacityattorney@mesaaz.gov

Attorneys for Defendants City of Mesa, Newby, Clark, Destefino, and Adams

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Gabriel J. Bassford,<br><br>                Plaintiff,<br><br>  v.<br><br>City of Mesa, et al.,<br><br>                Defendants. | No. CV-22-00572-PHX-JAT (ESW)<br><br>**DEFENDANTS CITY OF MESA, NEWBY, CLARK, DESTEFINO, AND ADAMS' MOTION FOR LEAVE TO FILE NON-ELECTRONIC EXHIBIT** |

      Defendants City of Mesa, Newby, Clark, Destefino, and Adams request leave to file a non-electronic exhibit. This non-electronic exhibit is a DVD consisting of a video recording from officer-worn body-camera. The DVD is Exhibit 5 to Defendants' Statement of Facts in Support of Motion for Summary Judgment, filed contemporaneously with this motion.

      Defendants submitted a proposed order contemporaneously with this motion.

      DATED this 11th day of December, 2023.

                                                /s/ Duncan J. Stoutner
                                         Duncan J. Stoutner
                                         Alexander J. Lindvall
                                         Attorneys for Defendants City of Mesa and
                                         Officers Adams, Clark, Destefino, and Newby