**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Gabriel J. Bassford,<br><br>          Plaintiff,<br><br>   v.<br><br>City of Mesa, et al.,<br><br>          Defendants. | No. CV-22-00572-PHX-JAT (ESW)<br><br>**ORDER** |

   Upon review of Defendants' Motion for Leave to File a Non-Electronic Exhibit, and with good cause appearing,

   **IT IS ORDERED** granting Defendants' Motion for Leave to File a Non-Electronic Exhibit and allowing Defendants to submit the DVD referenced as Exhibit 5 in Defendants' Statement of Facts in Support of Motion for Summary Judgment.