# Exhibit 6

# Alexander Hartwell's Video Recording on YouTube