1    WO

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                       **FOR THE DISTRICT OF ARIZONA**

8

9    Gabriel Bassford,                              No. CV-22-00572-PHX-JAT

10              Plaintiff,                           **ORDER**

11   v.

12   Kyler Newby,

13              Defendant.

14

15          On August 15, 2024, this Court denied, in part, Defendant Newby's motion for

16   summary judgment.   On September 9, 2024, Defendant Newby filed a notice of

17   interlocutory appeal of the Court's August 15, 2024 Order regarding the Court's denial of

18   qualified immunity.

19          Defendant Newby has now filed a motion to stay this case.  Generally, the filing of

20   a notice of interlocutory appeal of a denial of qualified immunity "divests the district court

21   of jurisdiction to proceed with trial" on the claim being appealed. *Chuman v. Wright*, 960

22   F.2d 104, 105 (9th Cir. 1992).  Therefore, the Court will grant the motion to stay.

23          If at any point prior to the conclusion of the appeal, Plaintiff moves to lift the stay,

24   Plaintiff must show that the appeal is either frivolous or has been waived. *Id*.  An

25   interlocutory appeal of the denial of qualified immunity "is frivolous 'if the results are

26   obvious or the arguments of error are wholly without merit.'" *Vasquez-Brenes v. Las Vegas*

27   *Metro. Police Dep't*, No. 2:12-CV-1635 JCM VCF, 2015 WL 1268026, at *1 (D. Nev.

28   Mar. 19, 2015) (quoting *Amwest Mortg. Corp. v. Grady*, 925 F.2d 1162, 1165 (9th Cir.

1991)). "Stated differently, an appeal from an order denying qualified immunity on summary judgment is frivolous where the order is so plainly correct that nothing can be said on the other side." *Wilson v. Maricopa Cnty.*, 484 F. Supp. 2d 1015, 1021 (D. Ariz. 2006).

Therefore,

**IT IS ORDERED** that the motion to stay (Doc. 118) is granted.  The deadlines are vacated.

Dated this 10th day of September, 2024.

James A. Teilborg
Senior United States District Judge

cc: Judge Morrissey