# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gabriel Bassford, | No. CV-22-00572-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Kyler Newby, | |
| Defendant. | |

Defendant filed an interlocutory appeal of this Court's order denying qualified immunity. Plaintiff has now filed a motion to dismiss the appeal for lack of jurisdiction. (Doc. 122). This Court does not have the authority to dismiss a case pending before the Court of Appeals.

Accordingly,

**IT IS ORDERED** that the motion to dismiss the appeal (Doc. 122) is denied in this Court.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1     **IT IS FURTHER ORDERED** that the Clerk of the Court shall forward a copy of the motion (Doc. 122) to the Court of Appeals (reference case number 24-5525) in the event Plaintiff inadvertently filed in the wrong place.

    Dated this 19th day of September, 2024.

James A. Teilborg
Senior United States District Judge