| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 3 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

GABRIEL BASSFORD,

       Plaintiff - Appellee,

 v.

KYLER NEWBY,

       Defendant - Appellant,

and

CITY OF MESA; et al.,

       Defendants.

No. 24-5525

D.C. No.
2:22-cv-00572-JAT

District of Arizona, Phoenix

MANDATE

The judgment of this Court, entered August 26, 2025, takes effect this date.

Costs are awarded to Appellee in the amount of $21.60.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                              FOR THE COURT:

                                              MOLLY C. DWYER
                                              CLERK OF COURT