**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gabriel Bassford, | No. CV-22-00572-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| City of Mesa, et al., | |
| Defendants. | |

Before the Court is Defendant's Motion for Judgment on the Pleadings (Doc. 174), and Plaintiff's Motion for Leave to File Certification of Good-Faith Conferral (Doc. 172). The Court now rules.

First, Defendant's Motion for Judgment on the Pleadings (Doc. 174) is denied as untimely. Per the Scheduling Order (Doc. 52), the deadline for dispositive motions was December 11, 2023. (Doc. 52 at 4).

Second, Plaintiff's Motion (Doc. 172) is granted. The Court will accept Plaintiff's certification of good faith conferral as satisfying the requirement in LRCiv 7.2(l), and the Court will consider Plaintiff's motions in limine on the merits.

**IT IS ORDERED:**

(1) Defendant's Motion for Judgment on the Pleadings (Doc. 174) is **DENIED** as untimely.

/ / /

/ / /

(2) Plaintiff's Motion for Leave to File Certification of Good-Faith Conferral (Doc. 172) is **GRANTED**.

Dated this 4th day of May, 2026.

James A. Teilborg
Senior United States District Judge