**CIVIL TRIAL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

**U.S. District Judge: James A. Teilborg**          **Date:** May 29, 2026

**Gabriel Bassford v. Kyler Newby**          **Case Number: CV-22-572-PHX-JAT**

**Pro Se Plaintiff:  Gabriel Bassford**
**Attorney for Defendant:  Duncan Stoutner**

**JURY TRIAL (Day 3):**

9:00 a.m. Trial convenes with respective counsel, parties, and jury present. Plaintiff's case continues. Kyler Newby resumes the stand and testifies further. Witness excused. Plaintiff rests. 10:00 a.m. Jury leaves the courtroom. Defendant's oral Rule 50(a) Motion for Judgment as a Matter of Law (Doc. 181) is taken under advisement. Defendant may reiterate the motion after trial and plaintiff will have an opportunity to respond. 10:18 a.m. Recess

10:38 a.m. Reconvene. Defendant's case. John Drechsler is sworn and testifies. Exhibit 6 admitted. Witness excused. Dave Slacks is sworn and testifies. Exhibit 119 admitted. 12:00 p.m. Jury is excused until 6/1/2026 at 9:00 a.m. and court stands at recess.

12:35 p.m. Reconvene.  Jury not present. Final jury instructions settled.

1:33 p.m. Recess.

**Court Reporter**:  Kim Portik          **Time in Court:  3 hrs. 38 mins.**
**Deputy Clerk:**  Kathleen Zoratti