**CIVIL TRIAL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** James A. Teilborg | **Date:** June 1, 2026 |
| **Gabriel Bassford v. Kyler Newby** | **Case Number: CV-22-572-PHX-JAT** |

**Pro Se Plaintiff:  Gabriel Bassford**
**Attorney for Defendant:  Duncan Stoutner**

**JURY TRIAL (Day 4):**

9:06 a.m. Trial convenes with respective counsel, parties, and jury present. Defendant's case continues. Dave Slacks resumes the stand and testifies further. Witness excused. Kenneth Wallentine is sworn and testifies. Witness excused. Defendant rests. Plaintiff rests. 10:14 a.m. Recess.

10:32 a.m. Reconvene. Jury not present. Defendant's renewed oral Rule 50(a) Motion for Judgment as a Matter of Law (Doc. 181) is taken under advisement. Defendant's case reopened for purpose of admitting exhibit 130. 10:39 a.m. Jury enters the courtroom. Closing arguments. 11:48 a.m. Recess

12:51 p.m. Reconvene. Final jury instructions read to the jury. 1:18 p.m. Jury excused to commence deliberations. Discussion held. 1:21 p.m. Recess.

2:46 p.m. Reconvene with counsel, parties and jury present. The Court is advised that the jury has reached a verdict. Verdict in favor of the defendant read. Jury polled. The Court thanks the jury for their service and the admonition is lifted. Separate order regarding judgment to issue.

2:52 p.m. Trial concludes.

LATER

Defendant's oral Rule 50(a) Motion for Judgment as a Matter of Law (Doc. 181) is denied as moot.

| | |
|---|---|
| **Court Reporter**:  Kim Portik | **Time in Court:  3 hrs.** |
| **Deputy Clerk:**  Kathleen Zoratti | |