X FILED          ___ LODGED
___ RECEIVED     ___ COPY

JUN 0 1 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gabriel Bassford, | No. CV-22-00572-PHX-JAT |
| Plaintiff, | **FINAL VERDICT FORMS** |
| v. | |
| Kyler Newby, | |
| Defendant. | |

[This page is intentionally left blank.]

We the jury, duly sworn and empaneled upon our oaths unanimously find in favor of: (choose only one)

**Plaintiff Gabriel Bassford** _____

**Defendant Kyler Newby** __X__

If you found in favor of Defendant, your job is complete. Have the presiding juror sign (juror number only) and date at the bottom of this page.

If you found in favor of Plaintiff, continue on this page.

We, the jury, do hereby find Plaintiff's compensatory damages to be:

$ _____. [If only nominal damages are awarded, they cannot exceed $1.00.]

We, the jury, do hereby find punitive damages to be appropriate on this claim and award punitive damages against Defendant on this claim in the amount of:

$ _____. [If no punitive damages are awarded, leave blank.]

Date: 6-1-2026          Signature: Juror #1
                                   (presiding juror number)

- 2 -